AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN **DISTRICT OF** NEW YORK

HENRY E. MAZUREK and PAULA NOTARI

**AMENDED SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:  1:07-cv-03103 (DAB) (AJP)

DAVID H. BROOKS

TO: (Name and address of defendant)

David H. Brooks
800 South Ocean Blvd.
Unit 406
Boca Raton, FL 33434

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Judd Burstein, Esq.
Judd Burstein, P.C.
1790 Broadway, Suite 1501
New York, New York 10019

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

APR 30 2007

CLERK

DATE

(BY) DEPUTY CLERK

STATE OF NEW YORK            )
                             ) ss.:
COUNTY OF NEW YORK           )

        **JUDD BURSTEIN**, being sworn, deposes and says:

    The deponent is not a party to this action, is over 18 years of age and resides in Westport Connecticut. On May 1, 2007 I served the within AMENDED SUMMONS AND PLAINTIFFS' FIRST AMENDED COMPLAINT
Upon:

        Jonathon D. Warner, Esq.
        Warner & Scheuerman
        6 West 18th Street - 10th Floor
        New York, New York 10011
        EMAIL: jdwarner@warnerandscheuerman.com
        Attorneys for Plaintiff DAVID BROOKS

by **EMAIL** at the email address indicated above

                                                          JUDD BURSTEIN

Sworn to before me this
2nd day of May, 2007

Notary Public

PAUL GUZMAN
Notary Public, State of New York
No. 01GU6081645
Qualified in Queens County
Commission Expires 10/15/2010

AO 440 (Rev. 10/93) Summons in a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                          Date                                                                Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.