AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

HENRY E. MAZUREK

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

DAVID H. BROOKS

**07 CV 3103**

**JUDGE BATTS**

TO: (Name and address of defendant)

David H. Brooks
800 South Ocean Blvd.
Unit 406
Boca Raton, FL 33434

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Judd Burstein, Esq.
Judd Burstein, P.C.
1790 Broadway, Suite 1501
New York, New York 10019

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK

(BY) DEPUTY CLERK

APR 1 8 2007

DATE

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
            Date                          Signature of Server

                                         _____
                                         Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN District of New York

Index Number: 07-CV-3103                                    Date Filed: _____

Plaintiff:
**HENRY E. MAZUREK**

vs.

Defendant:
**DAVID H. BROOKS**

For:
Judd Burstein, Esq
JUDD BURSTEIN, P.C.
1790 Broadway
Suite 1501
New York, NY  10019

Received by L.R.I. (Attorney's Support Services) on the 18th day of April, 2007 at 5:00 pm to be served on **DAVID H. BROOKS, 800 SOUTH OCEAN BLVD., UNIT 406, BOCA RATON, FL 33434**.

I, Ralph Saccone, Jr., do hereby affirm that on the **18th day of April, 2007** at **6:45 pm, I:**

**SUBSTITUTE - RESIDENTIAL:** served by delivering a true copy of the **SUMMONS & COMPLAINT, JUDGES RULES & ECF NOTICES** with the date and hour of service endorsed thereon by me, to: **SHEILA O'CONNOR** as **CO-TENANT**, at **800 SOUTH OCEAN BLVD., UNIT 406, BOCA RATON, FL 33434,** the within named person's usual place of abode, who resides therein and who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Description** of Person Served:  Age: 36,  Sex: F,  Race/Skin Color: White,  Height: 5'8,  Weight: 125,  Hair: Black, Glasses: N

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees in true and correct.  I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was effected  in accordance with the Federal Rules of Civil Proceedure.

Ralph Saccone, Jr.
Process Server

**L.R.I. (Attorney's Support Services)**
**7731 N.W. 6th Court**
**Pembroke Pines, FL  33024**
**(954) 986-8997**

Our Job Serial Number: 2007006942

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.0g

UNITED STATES DISTRICT COURT
SOTHERN DISTRICT OF NEW YORK

**HENRY E. MAZUREK**
     **Plaintiff**

V

**DAVID H. BROOKS**
     **Defendant**

Case No.
07cv 3103

**AFFIDAVIT OF MAILING**

STATE OF NEW YORK)
COUNTY OF NEW YORK } ss.:

Ian Thomson, being duly sworn, deposes and says: I am not a party to this action, am over 18 years of age and reside at New York, NY:

On April 19, 2007, I mailed a true copy of the within Summons & Complaint, and Judge's Rules & SDNY ECF Rules to David H. Brooks at 800 South Ocean Blvd., Unit 406, Boca Raton, FL 33434, his actual place of residence, by enclosing it in an envelope, postage prepaid, and depositing it in an official depository under the exclusive care and custody of the United States Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

_____
Ian Thomson
Lic. 1150441

Sworn to before me this
19th day of April 2007.

_____
NOTARY PUBLIC

BRUCE LAZARUS
NOTARY PUBLIC-STATE OF NEW YORK
No. 4990593
Qualified in Westchester County
My Commission Expires January 13, 20/0

*LegalEase Inc.*

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070 • 800-393-1277 • Fax: 212-393-9796