ORIGINAL

# JUDD BURSTEIN, P.C.
## ATTORNEYS AT LAW

JUDD BURSTEIN
PETER B. SCHALK

MICHAEL C. QUINN
LARA P. OTT*
MATTHEW G. DeOREO
ALEXANDER M. LEVY
JEREMY M. ATTIE

*ALSO ADMITTED IN NEW JERSEY

1790 BROADWAY
NEW YORK, NEW YORK 10019
(212) 974-2400
FAX: (212) 974-2944

June 1, 2007

RECEIVED JUN - 1 2007 CHAMBERS OF DEBORAH A. BATTS U.S.D.J.

**BY HAND**

Hon. Deborah A. Batts
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Attention: Bill Delaney, Esq.**

Re:   *Mazurek et al. v. Brooks* / Case No. 07-cv-3103 (DAB)
      *Brooks v. Mazurek* / Case No. 07-cv-03527 (DAB)

Dear Judge Batts:

We have been advised by Bill Delaney, Esq., that Your Honor has "So Ordered" the proposed Stipulation and Order, *inter alia*, consolidating the above-referenced litigations. However, Mr. Delaney further informed counsel for the parties that we will need to coordinate with case processing with respect to the final form of the pleadings in the consolidated action. We are endeavoring to do so. In the meantime, however, the parties are scheduled to answer or move with respect to the existing complaints by on or before this coming Monday, June 4, 2007. As we are not certain that the form of the pleadings will be settled by that date, counsel for the parties respectfully request that the Court adjourn the June 4th date to respond to the respective pleadings to June 11th. A proposed Stipulation and Order effectuating the one-week adjournment is enclosed.

/DAB/ GRANTED June 1, 20

Respectfully yours,

Peter B. Schalk

Enclosure
cc:   (By Fax)
      Jonathan Warner, Esq.

**SO ORDERED**

Deborah A. Batts
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE