STATE OF NEW YORK           )
                            ) ss.:
COUNTY OF NEW YORK          )

      **PAUL GUZMAN**, being sworn, deposes and says:

      The deponent is not a party to this action, is over 18 years of age and resides in Rego Park, New York. On June 11, 2007 I served the within, **PLAINTIFF HENRY E. MAZUREK'S ANSWER TO DEFENDANT DAVID BROOKS'S COMPLAINT IN THE CONSOLIDATED ACTION** *Brooks v. Mazurek*, **Case No. 07-CV-3527 (DAB) (AJP)**, upon:

      Jonathan D. Warner, Esq.
      Warner & Scheuerman
      6 West 18th Street, 10th Floor
      New York, New York 10011
      (Fax) 212-924-6111

by sending a true copy thereof to them by **FACSIMILE** at the number indicated and by depositing a true copy of same enclosed in a post-paid, properly addressed wrapper, by **REGULAR MAIL** in a post office/official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York.

                                                      PAUL GUZMAN

Sworn to before me this
11th of June 2007

_____
Notary Public

ALEXANDER M. LEVY
Notary Public, State of New York
No. 02LE6100900
Qualified in New York County
Commission Expires 11/03/2007