WARNER & SCHEUERMAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

HENRY E. MAZUREK and PAUL NOTARI,

                                        Plaintiffs,

              -against-

DAVID H. BROOKS,

                                        Defendant.
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _Sept 13 2007_

**STIPULATION AND
ORDER OF DISMISSAL**

07 Civ. 3103 (DAB)

        **IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for

the respective parties that, pursuant to Rule 41 of the Federal Rules of Civil Procedure, all claims and

counterclaims are dismissed with prejudice, and without costs or disbursements.

Dated:  New York, New York
        August 21, 2007

**WARNER & SCHEUERMAN**
Attorneys for Defendant
David H. Brooks

By: _____
Jonathon D. Warner   (JW-5195)
6 West 18th Street, 10th Floor
New York, New York 10011
212.924.7111

**JUDD BURSTEIN, P.C.**
Attorneys for Plaintiffs
Henry E. Mazurek and Paul Notari

By: _____
Judd Burstein (JB-9585)
1790 Broadway, Suite 1501
New York, New York 10019
212.974.2400

SO ORDERED:

_Deborah A. Batts_
U.S.D.J.

Dated: **September 13, 2007**